## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF CONNECTICUT

FAWAZ AHMED ET AL

    Plaintiff

    v.

MICHAEL ANTHONY PRATT ET AL

    Defendants

CIVIL ACTION NO.:  3:22CV1222


Date:  September 29, 2022

### NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Connecticut, the Defendants, MICHAEL ANTHONY PRATT AND TWO TURNIPS TRUCKING, LLC (hereinafter "the Defendants"), hereby files this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

1.    On or about February 7, 2022, a copy of the Writ, Summons and Complaint was delivered and left with at the Office of the Commissioner of Motor Vehicles of the State of Connecticut.  Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the non-resident defendants.  The Complaint and Summons for this matter were returned to the Superior Court for the Judicial District of New Britain at New Britain on March 03, 2022, entitled: Fawaz Ahmed et al. v. Michael Anthony Pratt et al., with docket number HHB-CV22-6071209-S (hereinafter "State Action") returnable March 08, 2022, a copy of which, along with the Return of Service, is attached hereto as Exhibit A.

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441 • JURIS NO. 404459

101510516

2.      There are two named plaintiffs in the State Action.  In the Complaint, the Plaintiffs claims that on or about February 5, 2020, the Plaintiff, Fawaz Ahmed, was operating his motor vehicle in a northerly direction on I-91, when the Defendant, Michael Anthony Pratt, struck the rear end of the Plaintiff's vehicle, causing the plaintiff to suffer injuries as a result. The Complaint alleges that the Plaintiffs suffered injuries and damages which were caused by the negligence of the Defendants.  The Plaintiff, Ahlam Hamood Ali, is claiming loss of consortium as a result of said accident.

3.      This action involves citizens of different states.  At all times relevant, the Plaintiffs are citizens of the state of Connecticut.  (See Exhibit A, Summons).

4.      The Defendants, Michael Anthony Pratt and Two Turnips Trucking, LLC, are citizens of Maryland.  Michael Anthony Pratt is a resident of Grantsville, Maryland, and Two Turnips Trucking, LLC, is a limited liability corporation with a principal place of business in Grantsville, Maryland, as well. The Defendant, Two Turnips Trucking, LLC, states that the members of Two Turnips Trucking, LLC and their states of domicile are Maryland.

5.      Attorney Gina Hall has filed a notice of appearance on behalf of the Defendant in the State Action, a copy of which is attached hereto as Exhibit B.

6.      On September 1, 2022, plaintiffs complied with written discovery and produced medical records supporting injuries incurred as a result of the subject motor vehicle accident wherein the amount in controversy is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441 • JURIS NO. 404459

101510516

7.      The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the principal place of business of Two Turnips Truck, LLC and the residence of Defendant Michael Anthony Pratt, is wholly diverse from the citizenship of the plaintiff; (2) the citizenship of the members of the Defendant limited liability company as well as Michael Anthony Pratt, is wholly diverse from the domicile/citizenship of the plaintiff; and (3) the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00). Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq*.

8.      Pursuant to 28 U.S.C. § 1446(b)(3), this Notice of Removal is filed with this Court within thirty (30) days after receipt by the Defendants on September 1, 2022 of other papers consisting of plaintiffs' discovery compliance and medical records demonstrating the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars.

9.      The Defendant has complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

10.     The Superior Court for the Judicial District of New Britain at New Britain is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

11.     A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit C.

3

101510516

WHEREFORE, the Defendants respectfully remove this action from the Superior Court of Connecticut, Judicial District of New Britain, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

THE DEFENDANTS,  MICHAEL
ANTHONY PRATT AND TWO TURNIPS
TRUCKING, LLC

By:   /s/ *Gina M. Hall*
      Gina M. Hall
      ghall@morrisonmahoney.com
      Fed Bar #ct26885
      Morrison Mahoney LLP
      One Constitution Plaza, 10th Floor
      Hartford, CT 06103
      Phone:   860-616-4441
      Fax:      860-244-3800

4

101510516

## CERTIFICATION

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **September 29, 2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

Alphonse J. Balzano Jr., Esq.
Balzano & Tropiano, P.C.
321 Whitney Ave
New Haven, CT 06511
Fax: (203) 891-6136
*Eservice: BTlit@balzanoandtropiano.com*

By:   /s/ *Gina M. Hall*
                Gina M. Hall

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441 • JURIS NO. 404459

101510516

# EXHIBIT A

| **SUMMONS - CIVIL**<br>JD-CV-1   Rev. 11-19<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | **For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.** | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov  |
|---|---|---|

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>20 Franklin Sq., New Britain, CT 06051 | Telephone number of clerk<br>( 860 ) 515 – 5180 | Return Date *(Must be a Tuesday)*<br>03/08/2022 |
|---|---|---|
| ☒ Judicial District      G.A.<br>☐ Housing Session    ☐ Number: ___ | At *(City/Town)*<br>**New Britain** | Case type code *(See list on page 2)*<br>Major: **V**      Minor: **01** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Law Offices of Balzano & Tropiano PC, 321 Whitney Ave., New Haven, CT 06511 | Juris number *(if attorney or law firm)*<br>428258 |
|---|---|
| Telephone number<br>( 203 ) 891 – 6336 | Signature of plaintiff *(if self-represented)* |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*<br>BTlit@balzanoandtropiano.com |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if non USA)* | |
|---|---|---|
| **First plaintiff** | Name:   Ahmed, Fawaz<br>Address: 7 Santo Ct., New Britain, CT 06053 | P-01 |
| **Additional plaintiff** | Name:   Ali, Ahlam Hamood<br>Address: 7 Santo Ct., New Britain, CT 06053 | P-02 |
| **First defendant** | Name:   Pratt, Michael Anthony<br>Address: 1227 Springs Rd., Grantsville, MD 21536 | D-01 |
| **Additional defendant** | Name:   Two Turnips Trucking, LLC  c/o agent for service: Rose M. Lloyd<br>Address: 1227 Springs Rd., Grantsville, MD 21536 (agent + business address) | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 2 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>02/02/2022 | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ _____ Clerk | Name of person signing<br>Alphonse J. Balzano Jr. |
|---|---|---|---|

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

Page 1 of 2

PDF processed with CutePDF evaluation edition www.CutePDF.com

**Instructions**

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.
   Do <u>not</u> use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 90 | All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | | | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | | | |
| | M 10 | Receivership | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 20 | Mandamus | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 05 | Motor Vehicles* - Property Damage only |
| | M 40 | Arbitration | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 50 | Declaratory Judgment | | V 09 | Motor Vehicle* - All other |
| | M 63 | Bar Discipline | | V 10 | Boats |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 20 | Airplanes |
| | | | | V 30 | Railroads |
| | M 68 | Bar Discipline - Inactive Status | | V 40 | Snowmobiles |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 90 | All other |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 83 | Small Claims Transfer to Regular Docket | | | |
| | M 84 | Foreign Protective Order | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | W 90 | All other |
| | M 90 | All other | | | |

| RETURN DATE: MARCH 8, 2022 | : | SUPERIOR COURT |
|---|---|---|
| FAWAZ AHMED, ET AL. | : | J.D. OF NEW BRITAIN |
| V. | : | AT NEW BRITAIN |
| MICHAEL ANTHONY PRATT, ET AL. | : | FEBRUARY 2, 2022 |

## COMPLAINT

### COUNT ONE: FAWAZ AHMED v. MICHAEL ANTHONY PRATT (Negligence)

1.  At all times mentioned herein, I-91 Northbound (hereinafter "I-91 N"), consisting of two travel lanes and running substantially in a northerly direction, was an interstate highway thoroughfare in the City of Meriden, CT.

2.  On or about February 5, 2020, at approximately 1:46 a.m., the Plaintiff, Fawaz Ahmed, was operating his motor vehicle in a northerly direction in the right lane of two on I-91 N, traveling just south of Exit 19.

3.  At said time and place, the Defendant, Michael Anthony Pratt, was operating a motor vehicle in a northerly direction in the right lane of two on I-91 N, traveling directly behind the motor vehicle operated by the Plaintiff, Fawaz Ahmed.

4.  At said time and place, as the Plaintiff, Fawaz Ahmed, slowed his motor vehicle for traffic in front of him, the Defendant, Michael Anthony Pratt, did operate the motor vehicle he was driving in such a manner so as to cause said motor vehicle

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE • NEW HAVEN, CT 06511 • (203) 891-6336

PDF processed with CutePDF evaluation edition www.CutePDF.com

to suddenly, and without warning, forcefully strike the rear end of the motor vehicle operated by the Plaintiff, thereby causing a violent collision.

5.   As a result of the aforementioned collision, the Plaintiff, Fawaz Ahmed, was caused to become injured.

6.   The force of the collision threw the Plaintiff, Fawaz Ahmed, about the interior of the motor vehicle he was seated in, causing and/or exacerbating injuries of a serious, painful, and permanent nature, in that:

   a.   He was caused to sustain and endure a full thickness tear of his right rotator cuff;

   b.   He sustained and suffers from a right paracentral disc herniation at L4-L5 with associated deformation of the nerve root at L5;

   c.   He sustained and suffers from disc bulging and disc desiccation with canal stenosis at L4-L5;

   d.   He was caused to endure myalgia;

   e.   He experiences pain, stiffness, soreness, discomfort, tenderness, spasms, and reduced range of motion about his neck and head;

   f.   He experiences pain, stiffness, soreness, discomfort, tenderness, spasms, and reduced range of motion about his lumbar spine;

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE  •  NEW HAVEN, CT 06511  •  (203) 891-6536

2

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE · NEW HAVEN, CT 06511 · (203) 891-6336

        He experiences pain, stiffness, soreness, discomfort, tenderness, spasms, and reduced range of motion about his right knee;

        He experiences pain, stiffness, soreness, discomfort, tenderness, spasms, and reduced range of motion about his foot;

g.    He was caused to endure headaches;

h.    He was caused to endure difficulty sleeping;

i.    He experienced an acute anxiety reaction; and

j.    He endured, and continues to endure, great pain of the mind and body.

7.    As a result of his injuries, the Plaintiff, Fawaz Ahmed, incurred expenses for ambulance transportation, emergency room care, chiropractic treatment, diagnostic imaging/X-Rays/MRI, orthopedic treatment, physical therapy, interlaminar injections, right-sided transforaminal injections, right-sided selective nerve root block injections, right-sided L4-L5 lumbar decompression and discectomy, medications, medical care, chiropractic care and for matters incidental thereto, including, but not limited to, and may be required to incur similar expenses in the future.

8.    At the time of this incident, the Plaintiff, Fawaz Ahmed, was employed, and as a result of his injuries, he was not able to perform such work, and he may not be

able to do so from time to time in the future with a resulting financial loss of
earnings, and his earning capacity was, is, and may be permanently impaired.

9.     Prior to this incident, the Plaintiff, Fawaz Ahmed, was able to engage in common
       activities, but, due to his injuries, he has been, in the past, and/or will be in the
       future, unable to engage in all of life's activities and enjoyment.

10.    Fawaz Ahmed injuries and damages were caused by the negligence of the
       Defendant, Michael Anthony Pratt, in any one of the following ways, and in any
       combination thereof, in that:

       a.     He was inattentive in that he was not keeping a reasonable and/or proper
              lookout;

       b.     He did not have the motor vehicle that he was operating under reasonable
              control;

       c.     He drove the motor vehicle at an unreasonable speed, having no regard
              for the road and traffic conditions and the use of said roadway at said
              time;

       d.     He failed to steer and/or guide the course and movement of a motor
              vehicle so as to avoid causing a collision;

       e.     He violated Connecticut General Statutes § 14-240 in that he failed to

4

.

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE  •  NEW HAVEN, CT 06511  •  (203) 891-6336

maintain a reasonably safe and prudent following distance between the motor vehicle he was operating and the motor vehicle operated by the Plaintiff;

f.    He violated Connecticut General Statutes § 14-218a by operating his motor vehicle at a rate of speed greater than was reasonable having no regard for the width, traffic, use of the roadway, the intersection of the streets, and the weather conditions at said time;

g.    He violated Connecticut General Statutes § 14-80h in that he failed to keep the brakes of the motor vehicle he was driving in good working order;

h.    He violated Connecticut General Statutes § 14-296aa in that he used a hand-held mobile telephone to engage in a call or while using a mobile electronic device;

i.    He violated Connecticut General Statutes § 14-296aa by operating a motor vehicle while using a hand-held mobile telephone or mobile electronic device to type, send or read a text message;

j.    He violated Connecticut General Statutes § 14-296aa by engaging in an activity not related to the actual operation of a motor vehicle and in a manner that interfered with the safe operation of said motor vehicle;

5

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE • NEW HAVEN, CT 06511 • (203) 891-6336

k.    He failed to make timely and seasonable use of the brakes of the motor vehicle he was driving in order to slow down and/or stop before causing his vehicle to strike another motor vehicle;

l.    He failed to sound his horn or otherwise warn the Plaintiff of the impending collision; and,

m.    He failed to use due care and to make use of his senses and faculties, as would a reasonably prudent person under the circumstances.

## COUNT TWO: FAWAZ AHMED v. TWO TURNIPS TRUCKING, LLC (Vicarious Liability, as to the negligence of the Defendant, Michael Anthony Pratt)

1.    At all times mentioned herein, I-91 Northbound (hereinafter "I-91 N"), consisting of two travel lanes and running substantially in a northerly direction, was an interstate highway thoroughfare in the City of Meriden, CT.

2.    On or about February 5, 2020, at approximately 1:46 a.m., the Plaintiff, Fawaz Ahmed, was operating his motor vehicle in a northerly direction in the right lane of two on I-91 N, traveling just south of Exit 19.

3.    At said time and place, the Defendant, Michael Anthony Pratt, was operating a motor vehicle in a northerly direction in the right lane of two on I-91 N, traveling directly behind the motor vehicle operated by the Plaintiff, Fawaz Ahmed.

6

4.  At all times mentioned herein, the motor vehicle operated by the Defendant, Michael Anthony Pratt, was owned and maintained by the Co-Defendant, TWO TURNIPS TRUCKING, LLC, for the use of its agents, apparent agents, contractors, employees and/or servants.

5.  At all times mentioned herein, the Defendant, Michael Anthony Pratt, was entrusted with the expressed or implied permission to operate the motor vehicle owned and maintained by the Co-Defendant, TWO TURNIPS TRUCKING, LLC, and was acting within the general scope of his authority as an agent, apparent agent, contractor, employee and/or servant of the Co-Defendant while he was operating the motor vehicle owned and maintained by the Co-Defendant.

6.  At said time and place, as the Plaintiff, Fawaz Ahmed, slowed his motor vehicle for traffic in front of him, the Defendant, Michael Anthony Pratt, did operate the motor vehicle he was driving in such a manner so as to cause said motor vehicle to suddenly, and without warning, forcefully strike the rear end of the motor vehicle operated by the Plaintiff, thereby causing a violent collision.

7.  As a result of the aforementioned collision, the Plaintiff, Fawaz Ahmed, was caused to become injured.

8.  The force of the collision threw the Plaintiff, Fawaz Ahmed, about the interior of

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE • NEW HAVEN, CT 06511 • (203) 891-8338

7

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE · NEW HAVEN, CT 06511 · (203) 891-6336

the motor vehicle he was seated in, causing and/or exacerbating injuries of a serious, painful, and permanent nature, in that:

a.   He was caused to sustain and endure a full thickness tear of his right rotator cuff;

b.   He sustained and suffers from a right paracentral disc herniation at L4-L5 with associated deformation of the nerve root at L5;

c.   He sustained and suffers from disc bulging and disc desiccation with canal stenosis at L4-L5;

d.   He was caused to endure myalgia;

e.   He experiences pain, stiffness, soreness, discomfort, tenderness, spasms, and reduced range of motion about his neck and head;

f.   He experiences pain, stiffness, soreness, discomfort, tenderness, spasms, and reduced range of motion about his lumbar spine;

He experiences pain, stiffness, soreness, discomfort, tenderness, spasms, and reduced range of motion about his right knee;

He experiences pain, stiffness, soreness, discomfort, tenderness, spasms, and reduced range of motion about his foot;

g.   He was caused to endure headaches;

8

h.    He was caused to endure difficulty sleeping;

i.    He experienced an acute anxiety reaction; and

j.    He endured, and continues to endure, great pain of the mind and body.

9.    As a result of his injuries, the Plaintiff, Fawaz Ahmed, incurred expenses for ambulance transportation, emergency room care, chiropractic treatment, diagnostic imaging/X-Rays/MRI, orthopedic treatment, physical therapy, interlaminar injections, right-sided transforaminal injections, right-sided selective nerve root block injections, right-sided L4-L5 lumbar decompression and discectomy, medications, medical care, chiropractic care and for matters incidental thereto, including, but not limited to, and may be required to incur similar expenses in the future.

10.   At the time of this incident, the Plaintiff, Fawaz Ahmed, was employed, and as a result of his injuries, he was not able to perform such work, and he may not be able to do so from time to time in the future with a resulting financial loss of earnings, and his earning capacity was, is, and may be permanently impaired.

11.   Prior to this incident, the Plaintiff, Fawaz Ahmed, was able to engage in common activities, but, due to his injuries, he has been, in the past, and/or will be in the future, unable to engage in all of life's activities and enjoyment.

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE · NEW HAVEN, CT 06511 · (203) 891-6536

9

12.   Fawaz Ahmed injuries and damages were caused by the negligence of the
Defendant, Michael Anthony Pratt, in any one of the following ways, and in any
combination thereof, in that:

a.   He was inattentive in that he was not keeping a reasonable and/or proper
lookout;

b.   He did not have the motor vehicle that he was operating under reasonable
control;

c.   He drove the motor vehicle at an unreasonable speed, having no regard
for the road and traffic conditions and the use of said roadway at said
time;

d.   He failed to steer and/or guide the course and movement of a motor
vehicle so as to avoid causing a collision;

e.   He violated Connecticut General Statutes § 14-240 in that he failed to
maintain a reasonably safe and prudent following distance between the
motor vehicle he was operating and the motor vehicle operated by the
Plaintiff;

f.   He violated Connecticut General Statutes § 14-218a by operating his
motor vehicle at a rate of speed greater than was reasonable having no

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE  •  NEW HAVEN, CT 06511  •  (203) 891-6336

regard for the width, traffic, use of the roadway, the intersection of the streets, and the weather conditions at said time;

g.    He violated Connecticut General Statutes § 14-80h in that he failed to keep the brakes of the motor vehicle he was driving in good working order;

h.    He violated Connecticut General Statutes § 14-296aa in that he used a hand-held mobile telephone to engage in a call or while using a mobile electronic device;

i.    He violated Connecticut General Statutes § 14-296aa by operating a motor vehicle while using a hand-held mobile telephone or mobile electronic device to type, send or read a text message;

j.    He violated Connecticut General Statutes § 14-296aa by engaging in an activity not related to the actual operation of a motor vehicle and in a manner that interfered with the safe operation of said motor vehicle;

k.    He failed to make timely and seasonable use of the brakes of the motor vehicle he was driving in order to slow down and/or stop before causing his vehicle to strike another motor vehicle;

l.    He failed to sound his horn or otherwise warn the Plaintiff of the impending collision; and,

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE • NEW HAVEN, CT 06511 • (203) 891-6336

11

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE • NEW HAVEN, CT 06511 • (203) 891-6336

m.   He failed to use due care and to make use of his senses and faculties, as would a reasonably prudent person under the circumstances.

13.   The Co-Defendant, TWO TURNIPS TRUCKING, LLC, is vicariously liable for the negligent acts and/or omissions of the Defendant, Michael Anthony Pratt.

**COUNT THREE: AHLAM HAMOOD ALI v. MICHAEL ANTHONY PRATT (Loss of Consortium)**

1-10.   Paragraphs One through Ten of the First Count are hereby incorporated by reference and made Paragraphs One through Ten of this, the Third Count, as if fully stated herein.

11.   As a result of the incident and the injuries sustained by the Plaintiff, Fawaz Ahmed, the Co-Plaintiff, Ahlam Hamood Ali, was injured and unable to engage in life's activities with her spouse, with whom she has been married to and lived with for over twelve years, resulting in a loss of consortium and the intangible relations between and amongst her and her husband, Fawaz Ahmed. These losses include the following:

a.   companionship;

b.   interdependence;

c.   reliance;.

12

d.    affection;

e.    sharing; and,

f.    aid.

12.    The Co-Plaintiff, Ahlam Hamood Ali, wife of the Plaintiff, Fawaz Ahmed, has lost

the consortium of her husband by reason of the injuries negligently inflicted upon

him by the Defendant, Michael Anthony Pratt, and she has suffered mental and

emotional anguish, and has had to render care and assistance to her husband by

reason of said injuries, which care and attention was unnecessary prior to said

accident, which has restricted her ability to work and caused her to curtail

virtually all of her family leisure time activities, all of which has caused and will

cause her loss and damage.

## COUNT FOUR: AHLAM HAMOOD ALI v. TWO TURNIPS TRUCKING, LLC (Loss of Consortium)

1-13.    Paragraphs One through Thirteen of the Second Count are hereby incorporated

by reference and made Paragraphs One through Thirteen of this, the Fourth

Count, as if fully stated herein.

14.    As a result of the incident and the injuries sustained by the Plaintiff, Fawaz

Ahmed, the Co-Plaintiff, Ahlam Hamood Ali, was injured and unable to engage in

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE  ·  NEW HAVEN, CT 06511  ·  (203) 891-6336

life's activities with her spouse, with whom she has been married to and lived with for over twelve years, resulting in a loss of consortium and the intangible relations between and amongst her and her husband, Fawaz Ahmed. These losses include the following:

a.   companionship;

b.   interdependence;

c.   reliance;

d.   affection;

e.   sharing; and,

f.   aid.

15.   The Co-Plaintiff, Ahlam Hamood Ali, wife of the Plaintiff, Fawaz Ahmed, has lost the consortium of her husband by reason of the injuries negligently inflicted upon him by the Defendant, Michael Anthony Pratt, and she has suffered mental and emotional anguish, and has had to render care and assistance to her husband by reason of said injuries, which care and attention was unnecessary prior to said accident, which has restricted her ability to work and caused her to curtail virtually all of her family leisure time activities, all of which has caused and will cause her loss and damage.

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE • NEW HAVEN, CT 06511 • (203) 891-6336

14

WHEREFORE, the Plaintiffs claim money damages.

Dated at New Haven, Connecticut, this 2nd day of February, 2022.

THE PLAINTIFFS,

FAWAZ AHMED & AHLAM HAMOOD ALI

By
Alphonse J. Balzano, Jr., Esq.
Balzano & Tropiano, P.C.
321 Whitney Avenue
New Haven, Connecticut  06511
Telephone: 203-891-6286
Fax: 203-891-6136
Juris No. 428258

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE  •  NEW HAVEN, CT 06511  •  (203) 891-6336

15

RETURN DATE: MARCH 8, 2022 : SUPERIOR COURT

FAWAZ AHMED, ET AL. : J.D. OF NEW BRITAIN

V. : AT NEW BRITAIN

MICHAEL ANTHONY PRATT, ET AL. : FEBRUARY 2, 2022

## STATEMENT RE:  AMOUNT IN DEMAND

The amount in demand, exclusive of interest and costs, is:

[X]  not less than $15,000

THE PLAINTIFFS,

FAWAZ AHMED & AHLAM HAMOOD ALI

By_____
Alphonse J. Balzano, Jr., Esq.
Balzano & Tropiano, P.C.
321 Whitney Avenue
New Haven, Connecticut  06511
Telephone: 203-891-6286
Fax: 203-891-6136
Juris No. 428258

THE LAW OFFICES OF BALZANO & TROPIANO, PC
321 WHITNEY AVENUE  •  NEW HAVEN, CT 06511  •  (203) 891-6336

16

**Motor Vehicle Long Arm Return - Non-Resident Defendant**
**Service Made on Commissioner of Motor Vehicles**

STATE OF CONNECTICUT   }
COUNTY OF NEW HAVEN   }   SS:   Hamden   February 7, 2022

Then and by virtue hereof, and by direction of the plaintiff's attorney, I made due & legal service upon the within named non-resident defendant(s):
1. **Michael Anthony Pratt, 1227 Spring Road, Grantsville MD  21536**
2. **Two Turnips Trucking, LLC, c/o Agent for service: Rose M. Lloyd, 1227 Spring Road, Grantsville, MD  21536 (agent & business address)**

---

by leaving a true and attested copy of the original Writ, Summons and Complaint at the Office of the Commissioner of Motor Vehicles of the State of Connecticut, at least twelve days before the session of the Court to which this Writ is returnable.  Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named non-resident defendant(s).

And  on the 7th **of February 2021**   I deposited in the Post Office at **Hamden, Connecticut**  a postage paid and registered/certified, personal return receipt requested letter which contained a true and attested copy of the within original Writ, Summons, and Complaint, with my doings thereon endorsed, addressed to the within named non-resident defendant(s) named above.

The within and foregoing is the original Writ, Summons and Complaint, with my doings thereon endorsed.

ATTEST:

FEES:  Service      $ 160.00
           Travel          38.00
           Copies          72.00
           Ends             3.60
           Pd. DMV        40.00
                              17.12

Frank P. Sandillo, State Marshal
P. O. Box 185793
Hamden, CT  06518

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Grantsville, MD 21536

Certified Mail Fee   $3.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)       $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery  $0.00

Postmark
Here

Postage   $1.76

Total Postage and Fees   $8.56

02/07/2022

Michael Anthony Pratt

Grantsville, MD 21536

# EXHIBIT B

**APPEARANCE**
JD-CL-12   Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date *(For Civil/Family cases)* |
| --- |
| **Mar-08-2022** |
| Docket Number |
| **HHB-CV-22-6071209-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant) Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**AHMED, FAWAZ Et Al v. PRATT, MICHAEL ANTHONY Et Al**

| ☐ Housing Session | ☒ Judicial District | ☐ Geographic Area | Address of court *(Number, street, town and zip code)* **20 FRANKLIN SQUARE NEW BRITAIN, CT 06051** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
| --- | --- | --- | --- | --- |

**Enter the Appearance of**

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* **MORRISON MAHONEY LLP** | Juris number *(For attorney/law firm)* **404459** |
| --- | --- |

| Mailing address **ONE CONSTITUTION PLAZA 10TH FLOOR** | Post Office box number | Telephone number *(Area code first)* **8606164441** |
| --- | --- | --- |

| City/town **HARTFORD** | State **CT** | Zip code **06103** | Fax number | E-mail address **ghall@morrisonmahoney.com** |
| --- | --- | --- | --- | --- |

in the case named above for: *(Select one of the following parties)*

| **PLAINTIFF** | **DEFENDANT** |
| --- | --- |
| ☐ The Plaintiff. | ☐ The Defendant. |
| ☐ All Plaintiffs. | ☒ All Defendants. |
| ☐ The following Plaintiff(s) only: | ☐ The following Defendant(s) only: |
| _____ | _____ |

☐ **Other** *(Specify):* _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
  ☐ matters in the Family Division of the Superior Court      ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender **or** ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.      *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
   *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

| I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13) | ☒ Yes | ☐ No |
| --- | --- | --- |

| Signed *(Individual attorney or self-represented party)* **414750** | Name of person signing at left *(Print or type)* **GINA MARIE HALL** | Date signed **Mar 08 2022** |
| --- | --- | --- |

**Certification**

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____**Mar 08 2022**_____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**BALZANO & TROPIANO PC - 321 WHITNEY AVENUE/NEW HAVEN, CT 06511**

*FOR COURT USE ONLY*

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* **414750** | Print or type name of person signing **GINA MARIE HALL** | Date signed **Mar 08 2022** |
| --- | --- | --- |

Continuation of JDCL12 Appearance Form for HHB-CV-22-6071209-S

Submitted By MORRISON MAHONEY LLP (404459)

Additional Party(ies) (Continued from JDCL12)

**For these party(ies)**

Pty# D-01 MICHAEL ANTHONY PRATT

Pty# D-02 TWO TURNIPS TRUCKING, LLC

***** End of Party List *****

# EXHIBIT C

DOCKET NO.: HHB-CV22-6071209-S         :   SUPERIOR COURT

FAWAZ AHMED ET AL                      :   JUDICIAL DISTRICT OF NEW
                                           BRITAIN
            v.                         :
                                           AT NEW BRITAIN
MICHAEL ANTHONY PRATT ET AL            :
                                           SEPTEMBER 29, 2022

## NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT

Pursuant to 28 U.S.C. §1446(d), the undersigned, on behalf of the defendants MICHAEL

ANTHONY PRATT AND TWO TURNIPS TRUCKING, LLC (hereinafter "the Defendants"),

hereby provides notice that it will file a Notice of Removal of this action in and to the United States

District Court for the District of Connecticut. A copy of the Notice of Removal is attached hereto

as Exhibit A.

According to 28 U.S.C. § 1446(d), this notice hereby effectuates removal of this action

thereby preventing any further action in the Superior Court.

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441 • JURIS NO. 404459

101509290

THE DEFENDANTS,
MICHAEL ANTHONY PRATT AND TWO
TURNIPS TRUCKING, LLC


By:   /s/ *Gina M. Hall*
Gina M. Hall
ghall@morrisonmahoney.com
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone:   860-616-4441
Fax:       860-244-3800

2

101509290

## CERTIFICATION

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **September 29, 2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

Alphonse J. Balzano Jr., Esq.
Balzano & Tropiano, P.C.
321 Whitney Ave
New Haven, CT 06511
Fax: (203) 891-6136
*Eservice: BTlit@balzanoandtropiano.com*

By:  /s/ *Gina M. Hall*
     Gina M. Hall

3

101509290

 

State of Connecticut Judicial Branch
**Superior Court E-Filing**

**Attorney/Firm:** MORRISON MAHONEY LLP (404459)          **E-Mail:** kcunningham@morrisonmahoney.com   Logout

**Hide Instructions**          You have successfully e-filed!

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

Print This Page

Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | HHB-CV-22-6071209-S |
| **Case Name:** | AHMED, FAWAZ Et Al v. PRATT, MICHAEL ANTHONY Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Sep-29-2022 |
| **Motion/Pleading by:** | MORRISON MAHONEY LLP (404459) |
| **Document Filed:** | 113.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| | |
| **Date and Time of Transaction:** | Thursday, September 29, 2022 2:02:28 PM |

E-File Another Pleading/Motion/Other document on this Case

Return to Civil / Family Menu          Return to Case Detail

Copyright © 2022, State of Connecticut Judicial Branch